

**Texas Department of Motor Vehicles**

HELPING TEXANS GO. HELPING TEXAS GROW.
Vehicle Titles and Registration
3500 NW Loop 410 • San Antonio, TX 78229

August 22, 2017

STATE OF TEXAS:
COUNTY OF BEXAR:

KNOW ALL MEN BY THESE PRESENTS:

I, Paula B. Noland, do hereby certify that I am a Custodian of Records for the Texas Department of Motor Vehicles and that the information shown below or on the attached is, to the best of my knowledge, a true and correct copy of records on file with this department for a 1997 FORD 3FEHF36FXVMA14532.

☒ complete title history, title no. 04400039480102826, pages 1 through 4,

☐ partial title history, title no.           , pages 1 through      ,

☐ title/registration verification:

*Paula B. Noland*
CUSTODIAN OF RECORDS

**EXHIBIT B**

O 512.465.3000 ★ 888.368.4689 (888-DMVGOTX) ★ F 512.465.3098 | www.TxDMV.gov

**Texas Department of Transportation**

# TITLE APPLICATION RECEIPT



```
0440 0039 4801 0282 67
```

```
COUNTY: COLLINGSWORTH          TAC NAME: PATSY BARNETT
                               DATE: 02/04/2008        EFFECTIVE DATE: 02/04/2008
PLATE NO: V1V088               TIME: 10:28AM           EXPIRATION DATE: 12/2008
DOCUMENT NO: 04400039480102826 EMPLOYEE ID: KCOLEMN    TRANSACTION ID: 04400039480102826


OWNER NAME AND ADDRESS
JARED PATTERSON
15305 FM 1056
WELLINGTON, TX 79095

                                    REGISTRATION CLASS: FARM TRK-LESS/EQL 1 TON
                                    PLATE TYPE: FARM TRUCK PLT
                                    ORGANIZATION:
                                    STICKER TYPE: WS

VEHICLE IDENTIFICATION NO: 3FEHF36FXVMA14532     VEHICLE CLASSIFICATION: TRK<=1
YR/MAKE: 1997/FORD   MODEL:        BODY STYLE: PK    UNIT NO:
EMPTY WT: 8140    CARRYING CAPACITY: 2000    GROSS WT: 10140  TONNAGE: 1.00  TRAILER TYPE:
BODY VEHICLE IDENTIFICATION NO:                 TRAVEL TRLR LNG/WDTH: 0
PREV OWNER NAME: GREENBELT ELECTRIC COOP   PREV CITY/STATE: WELLINGTON, TX

    INVENTORY ITEM(S)              YR
    FARM TRUCK PLT
    WINDSHIELD STICKER             2008       FEES ASSESSED
                                              TITLE APPLICATION FEE     $      13.00
    VEHICLE RECORD NOTATIONS                  TERP FEE                  $      15.00
    RELEASE OF PERSONAL INFO RESTRICTED       SALES TAX FEE             $      93.75
    DIESEL                                    TRANSFER                  $       2.50
                                              WINDSHIELD STICKER        $      44.88
                                              REG FEE-DPS               $       1.00
                                              YOUNG FARMER PROGRAM      $       5.00
                                              REFLECTORIZATION FEE      $       0.30
                                              REGIS. CREDIT REMAINING   $     -46.18
                                                           TOTAL        $     129.25


ODOMETER READING: EXEMPT    BRAND:
OWNERSHIP EVIDENCE: TEXAS TITLE
1ST LIEN
                                              SALES TAX CATEGORY: SALES/USE

                                                  Sales Tax Date: 01/31/2008
                                                        Sales Price $     1,500.00
2ND LIEN                                    Less Trade In Allowance $         0.00
                                                     Taxable Amount $     1,500.00
                                                     Sales Tax Paid $        93.75
3RD LIEN                                  Less Other State Tax Paid $         0.00
                                                        Tax Penalty $         0.00
                                                     TOTAL TAX PAID $        93.75
                                        Batch No: 0003948001   Batch Count: 2
```

**V1V088**

# 12 08

COLLINGSWORTH    VMA14532

**VOID**
DO NOT USE/
NO USE

ORIGINAL
VTR-500-RTS (REV. 7/2006) DHT157490

# APPLICATION FOR TEXAS CERTIFICATE OF TITLE

➡ SHADED AREAS ARE TO BE COMPLETED BY THE SELLER ⬅
➡ TYPE OR PRINT NEATLY IN INK ⬅

**TAX OFFICE USE ONLY**

Tax Collector: Patsy Barnett
Date: 02/04/2008
County: Collingsworth
Transaction Number: 04400039480102826

**County Use Only**

☐ SPV $ _____
☐ Appraisal Value $ _____

1. Vehicle Identification Number: 3FEHF36FXVMA14532
2. Year: 1997
3. Make: FORD
4. Body Style: PK
5. Model: Exempt
6. Odometer Reading: [1995]
7. Empty Weight: 8140
8. Carrying Capacity (lbs.): 2000
9. Tonnage: 1.00
10. Trailer Type: ☐ Semi ☐ Full
11. Plate No.: V1V088
12. Vehicle Unit No.:
13. Applicant's/Additional Applicant's Social Security Numbers: [redacted]

14. Applicant's/Owner's Name(s): Jared Patterson
    Address: 15305 F M 1056
    City, State, Zip Code: Wellington, Tx. 79095
    County Name: Collingsworth

14a. Registrant's Name (Renewal Notice Recipient)
    Address:
    City, State, Zip Code:
    County Name:
    ☐ Statement of Fact for Non-Disclosure, VTR-171, Attached.

14b. Vehicle Physical Location
    City, State, Zip Code:

15. Previous Owner's Name: Greenbelt Electric Coop
    Address, City, State, Zip Code: Wellington, Tx
15a. GDN – Dealer Use Only

**THIS MOTOR VEHICLE IS SUBJECT TO THE FOLLOWING FIRST LIEN**

16. 1st Lien Date:
    1st Lienholder Name:
    Address:
    City, State, Zip Code:
16a. Additional Lien(s)?
    ☐ YES (if additional liens are to be recorded, attach Form VTR-267.)

17. FOR CORRECTED TITLE, CHECK REASON(S)
    ☐ Change in Vehicle Description  ☐ VIN  ☐ No Change in Ownership  ☐ Add Lien  ☐ Remove Lien  ☐ Odometer Brand  ☐ Odometer Reading
    ☐ Year  ☐ Make  ☐ Body Style  ☐ Other

18. ODOMETER DISCLOSURE – FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE UPON TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.
    I, _____ (Name of Seller/Agent), state that the odometer now reads _____ (no tenths).
    THE MILEAGE SHOWN IS  ☐ A – Actual Mileage  ☐ N – Not Actual Mileage  WARNING – ODOMETER DISCREPANCY  ☐ X – Mileage Exceeds Mechanical Limits
    ** IF NO SELLER/AGENT, TITLE APPLICANT SHOULD CHECK ONE OF THE 3 BOXES ABOVE UNLESS NUMBER 6 INDICATES "EXEMPT."

**MOTOR VEHICLE TAX STATEMENT**

19. CHECK ONLY IF APPLICABLE
    ☐ I hold Motor Vehicle Retailer's (Rental) Permit No. _____ and will satisfy the minimum tax liability (V.A.T.S., Tax Code, §152.046 [c]).
    ☐ I am a Dealer or Lessor and qualify to take the Fair Market Value Deduction (V.A.T.S., Tax Code, §152.002 [c]).

20. DESCRIPTION OF VEHICLE TRADED IN (if any): Year ___ Make ___ Vehicle Identification Number ___
20a. ADDITIONAL TRADE – INS? (Y/N)

21. SALES AND USE TAX COMPUTATION
    ☒ (a) Sales Price ($ _____ rebate has been deducted) $ 1500.00
    (b) Less Trade - In Amount, Describe in Item 20 Above $ ( )
    (c) For Dealers/Lessors/Rental ONLY – Fair Market Value Deduction. Describe in Item 20 Above $ ( )
    (d) Taxable Amount (Item a. minus Item b./Item c.) $ 1500.00
    (e) 6.25% Tax on Taxable Amount (Multiply item d. by .0625) $ 93.75
    (f) Late Tax Payment Penalty ☐ 5% or ☐ 10% $
    (g) Tax Paid to _____ (STATE) $
    (h) AMOUNT OF TAX AND PENALTY DUE (Item e. plus Item f. minus Item g.) $ 93.75

    ☐ $90 New Resident Tax - (Previous State) _____
    ☐ $5 Even Trade Tax
    ☐ $10 Gift Tax
    ☐ $65 Rebuilt Salvage Fee
    ☐ 2.5% Emissions Fee (Diesel Vehicles 1996 and Older > 14,000 lbs) _____
    ☐ 1% Emissions Fee (Diesel Vehicles 1997 and Newer > 14,000 lbs) _____
    ☐ Exemption claimed under the Motor Vehicle Sales and Use Tax Law because _____
    ☒ $28 or $33 APPLICATION FEE FOR CERTIFICATE OF TITLE
    (Contact your County Tax Assessor-Collector for the correct fee.)

**I HEREBY CERTIFY THAT ALL STATEMENTS IN THIS DOCUMENT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

22. Signature of SELLER, DONOR, OR TRADER: Greenbelt Elect Coop by Johnny L Shaver
    PRINTED NAME: Greenbelt Eletric/Johnny Shaver
    Date: 1/31/08

    Signature of PURCHASER, DONEE, OR TRADER: [signature]
    PRINTED NAME: Jared Patterson
    Date: 1-31-08

**RIGHTS OF SURVIVORSHIP OWNERSHIP AGREEMENT (MARRIED PERSONS)**
WE, THE PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS APPLICATION FOR TITLE, SHALL FROM THIS DAY FORWARD BE HELD JOINTLY, AND IN THE EVENT OF DEATH OF EITHER OF THE PERSONS NAMED IN THE AGREEMENT, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR.
NON-MARRIED PERSONS ARE REQUIRED TO EXECUTE A RIGHTS OF SURVIVORSHIP OWNERSHIP AGREEMENT FOR A MOTOR VEHICLE, FORM VTR-122.

SIGNATURE ___ Date ___
SIGNATURE ___ Date ___

WARNING: Transportation Code, §501.155, provides that falsifying information on title transfer documents is a third-degree felony offense punishable by not more than ten (10) years in prison but not more than one (1) year in a community correctional facility. In addition to imprisonment, a fine of up to $10,000 may also be imposed.

* NOTE: Transportation Code, §501.0233, REQUIRES that the applicant's social security number be provided when applying for a certificate of title. If the applicant does not have a social security number, Form VTR-171, Statement of Fact for Non-disclosure of a Social Security Number, must accompany this application. This information is requested for owner identification purposes.

Form-130-U (Rev. 8/2006)

# TEXAS CERTIFICATE OF TITLE

## ORIGINAL

VEHICLE TITLES AND REGISTRATION DIVISION
**28053613**

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE |
|---|---|---|---|
| 3FEHF36FXVMA14532 | 1997 | FORD | PK |

| DOCUMENT NUMBER | DATE TITLE ISSUED |
|---|---|
| 04400035434102150 | 01/17/97 |

| MODEL | MFG. CAPACITY IN TONS | WEIGHT | LICENSE NUMBER |
|---|---|---|---|
|  | 1 | 8140 | UM4370 |

**PREVIOUS OWNER**
JOHN CHANDLER FORD AMARILLO TX

ODOMETER READING: 14

**OWNER**
GREENBELT ELECTRIC COOP INC
P O BOX 948
WELLINGTON, TX 79095

**REMARK(S)**
ACTUAL MILEAGE
DIESEL

X _____
SIGNATURE OF OWNER OR AGENT MUST BE IN INK

UNLESS OTHERWISE AUTHORIZED BY LAW, IT IS A VIOLATION OF STATE LAW TO SIGN THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE INFORMATION ON A CERTIFICATE OF TITLE.

DATE OF LIEN — 1ST LIENHOLDER
**NONE**

1ST LIEN RELEASED _____ DATE
BY _____ AUTHORIZED AGENT

DATE OF LIEN — 2ND LIENHOLDER

2ND LIEN RELEASED _____ DATE
BY _____ AUTHORIZED AGENT

DATE OF LIEN — 3RD LIENHOLDER

3RD LIEN RELEASED _____ DATE
BY _____ AUTHORIZED AGENT

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE WHICH IS SUBJECT TO THE ABOVE LIENS.

**RIGHTS OF SURVIVORSHIP OWNERSHIP AGREEMENT**
WE, THE HUSBAND AND WIFE WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS CERTIFICATE OF TITLE, SHALL FROM THIS DAY FORWARD BE HELD JOINTLY AND, IN THE EVENT OF DEATH OF EITHER THE HUSBAND OR THE WIFE, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR.

SIGNATURE (HUSBAND) _____

SIGNATURE (WIFE) _____
(WIFE SHOULD SIGN USING HER FULL NAME, SUCH AS "MARY JANE DOE" INSTEAD OF "MRS. JOHN DOE.")

FORM 30-C REV 8-96

DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION.

**WHEN VEHICLE IS SOLD, TITLE HOLDER MUST ASSIGN AND FURNISH THIS TITLE, CURRENT LICENSE RECEIPT, AND SALES TAX AFFIDAVIT TO THE PURCHASER WHO MUST FILE APPLICATION WITH COUNTY TAX ASSESSOR-COLLECTOR WITHIN 20 WORKING DAYS TO AVOID $10 PENALTY.**

**FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.**

## ASSIGNMENT OF TITLE

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser: Jared Patterson
Street: 15305 FM 1056
City: Wellington
State: Tx
Zip: 79095

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING (No Tenths): Exempt
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale: 01/31/08
Signature of Seller/Agent: Greenbelt Elect Coop By Johnny Shaver
Printed Name (same as signature): Greenbelt Elect. Coop

I am aware of the above odometer certification made by the seller/agent.
Signature of Buyer/Agent: [signature]
Printed Name (same as signature): Jared Patterson

## FIRST REASSIGNMENT - DEALER ONLY

[blank]

## SECOND REASSIGNMENT - DEALER ONLY

**SURRENDERED**

## THIRD REASSIGNMENT - DEALER ONLY

[blank]

## LIEN

LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE:
1ST LIEN IN FAVOR OF (NAME & ADDRESS) _____