E-Filed for Record
6/8/2017 9:51:42 AM
Wheeler County District Clerk , TX
By: Debbie Mclaughlin

**CAUSE NO. 13412**

| | | |
|---|---|---|
| CALVIN DEAN LUCK, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | 31ST JUDICIAL DISTRICT |
| ALAN MICHAEL SEGURA, JR., | § | |
| JARED CLAY PATTERSON, AND | § | |
| GILBERT SEGURA, | § | |
| | § | |
| Defendants. | § | WHEELER COUNTY, TEXAS |

## DEFENDANT'S MOTION TO QUASH, FOR PROTECTION FROM DISCOVERY, AND OBJECTIONS TO DEPOSTION BY WRITEN QUESTION OF RECORDS CUSTODIAN FOR DEFENDANT'S MEDICAL RECORDS AND LABORATORY RESULTS FROM PARKVIEW HOSPITAL

## TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES ALAN MICHAEL SEGURA, JR. ("Defendant"), and brings this Motion to Quash, for Protection from Discovery, and Objections against CALVIN DEAN LUCK ("Plaintiff"). Defendant asks the Court to quash the deposition notices of the records custodian of Parkview Hospital and to issue a protective order. As grounds for these objections and motion, Defendant would respectfully show the court the following:

I.

This is a personal injury case. Plaintiff alleges that he sustained bodily injuries in a car accident which occurred on July 29, 2016 at approximately, 12:16 p.m. Defendant has made no claim for personal injury against the Plaintiff as a result of the accident.

II.

On Wednesday, June 7, 2017 at 4:37 p.m. the Plaintiff's Efiled Plaintiff's Notice of Production Or Inspection of Documents and Other Tangible things (Exhibit A) for *'any and all medical records and laboratory results regarding Alan Michael Segura."* Because this motion

**EXHIBIT Y**

is filed within three (3) business days of the date the notice was served, this motion objecting to the production of these documents, *"no less than ten days"* stays the deposition until the motion can be determined by the Court. Tex. R. Civ. P. 199.4

III.

The depositions notice specifies that Parkview Hospital, 901 South Sweetwater, Wheeler, Texas 79096 shall produce and that a subpoena duces tecum would be issued to the records custodian to produce:

> *Any and all medical records and laboratory results regarding:*
>
> > *Name: Alan Michael Segura*
> > *Date of Birth: 04/29/1997*
> > *Date of Service July 29, 2016*

IV.

This notice of production or inspection of documents seeks the production of information which is highly personal in nature, will not lead to the discovery into any relevant matter, and is not reasonably calculate to lead to the discovery of admissible evidence. According to the Wheeler County Sherriff's Office, there was no evidence of: 1) any medical condition of Defendant which attributed to the accident; 2) that Defendant was under the influence of any medication which attributed to the accident; 3) that Defendant was under the influence of any illegal medication which attributed to the accident; or 4) that Defendant was under the influence of any alcohol at the time of the accident which attributed to the accident. (Exhibit B). There is no evidence to support Plaintiff's subpoena for Defendant's medical records which are highly personal in nature and irrelevant to the issues involved in this lawsuit.

Furthermore, Plaintiff has conducted written discovery on the Defendant regarding his use of any medication, prescription and/or illegal and any use of alcohol at the time of the

accident. Defendant has testified under oath that he was not under the influence of medication prescriptive or illegal or was under the influence of alcohol at the time of the accident. (Exhibit C).

V.

The Plaintiff is seeking a fishing expedition that is not allowed under the TRCP 196.1 *Dillard Depts. Stores, Inc., v. Hall* , 909 S. W 2d 491, 492 (Tex. 1995); *In re Alford Chevrolet-Geo,* 977 S. W. 2d 173, 181 (Tex. 1999).

The discovery sought by the Plaintiff has no legitimate purpose and has failed to show that any relevance of the Defendant's medical records following the accident and the discovery is improper. The Plaintiff is clearly trying to harass the Defendant, and invade his privacy — and that is not proper for any party. See, *Martin v. Khoury*, 843 S. W. 2d 163 (Tex. App.—Texarkana 1992, org., proceeding). In *Martin* the Court stated, "[T]he initial question that must be answered before any discovery may take place is whether the time for which discovery is sought is relevant to the subject matter of the lawsuit or is reasonably calculated to lead to the discovery of admissible evidence." 843 S. W. 2d at 166. The Court further noted that "[w]ithout that initial showing of relevance, discovery is improper." *Id.*

WHEREFORE, PREMISES CONSIDERED, Defendant ALAN MICHAEL SEGURA, JR. request tha tthis court enter appropriate orders in accordanc with the Texas Rules of Civil Procedure prohibiting the requeste discovery as set out above.

Respectfully Submitted,

*/s/Sharon Billingsley Shaw*

SHARON BILLINGSLEY SHAW
State Bar #24034253
LAW OFFICE OF SHARON BILLINGSLEY SHAW
3223 South Loop 289, Suite 145
Lubbock, TX 79423
Tel:  806-796-3434
Fax:  806-796-3449
Email:  LubbockSCEfile@geico.com
ATTORNEY FOR DEFENDANT
ALAN MICHAEL SEGURA, JR.

## CERTIFICATE OF SERVICE

On the 8th day of June, 2017, a true and correct copy of this document was served in accordance with Texas Rules of Civil Procedure to Samantha Peabody Estrello, Killion Law Firm, P.O. Box 64670, Lubbock, TX 79464; email:  samatha@killionlaw.com ; J. Landon Schmidt, Peterson, Farris, Byrd & Parker, P.O. Box 65163, Lubbock, TX 79464; email: lschmidt@byrdfirm.com.

*/s/Sharon Billingsley Shaw*

SHARON BILLINGSLEY SHAW

# *KILLION LAW FIRM PC*

Principal Office:

JAMES L. KILLION *^#

SAMANTHA PEABODY ESTRELLO^#

* BOARD CERTIFIED
  PERSONAL INJURY TRIAL LAW
  TEXAS BOARD OF LEGAL SPECIALIZATION

^ LICENSED IN TEXAS AND NEW MEXICO

# SHAREHOLDER

2521 74TH STREET
LUBBOCK, TEXAS 79423

P.O. BOX 64670
LUBBOCK, TEXAS 79464-4670

4801 LANG NE, SUITE 110
ALBUQUERQUE, NEW MEXICO 87109

TELEPHONE: (806) 748-5500

TELECOPIER: (806) 748-5505

ALBUQUERQUE: (505) 243-9595

jim@killionlaw.com
samantha@killionlaw.com

June 7, 2017

E-Filed for Record
6/7/2017 4:37:12 PM

Wheeler County District Clerk , TX

By: Sherri Jones

Via CMRRR No. 7007 2680 0002 0138 0846
Parkview Hospital
901 South Sweetwater
Wheeler, Texas 79096

RE:    Case No. 13412; Calvin Dean Luck, Plaintiff vs. Alan Michael Segura,
       Jr. and Jared Clay Patterson, Defendants; In the 31st District Court of
       Wheeler County, Texas.

To Whom it May Concern:

Enclosed please find *Plaintiff's Notice for Production or Inspection of Documents and Other Tangible Things* for the above referenced case. This is being sent as notice under Rule 205.2 of the Texas Rules of Civil Procedure ten (10) days prior to actual service of a subpoena to produce the documents. Actual service of the subpoena will not be required if you mail certified copies of the documents with your notarized certificate of authentication to Killion Law Firm PC, on or before 10 days from the date of this letter.

Your help and cooperation are greatly appreciated. If you have any questions, then please advise accordingly.

With personal regards,

Samantha Peabody Estrello

SPE:bmm
Enclosure

RECEIVED



Parkview Hospital
June 7, 2017
Page -2-

cc:    Via ProDocs e-Filing (*LubbockSCEfile@geico.com*), (*ShaShaw@geico.com*)
       and/or Via First Class Mail:
       Sharon Billingsley Shaw
       Law Office of Sharon Billingsley Shaw
       3223 South Loop 289, Suite 416
       Lubbock, Texas 79423
       Attorneys for Defendant Alan Michael Segura, Jr.

       Via ProDocs e-Filing (*lschmidt@byrdfirm.com*)
       and/or Via First Class Mail:
       J. Landon K. Schmidt
       PETERSON, FARRIS, BYRD & PARKER
       7816 Orlando Avenue
       P. O. Box 65163
       Lubbock, Texas 79464
       Attorneys for Defendant Jared Clay Patterson

CAUSE NO. <u>13412</u>                          E-Filed for Record

| | | |
|---|---|---|
| CALVIN DEAN LUCK, | § | IN THE 31st DISTRICT COURT |
| | § | 6/7/2017 4:37:12 PM |
| *Plaintiff,* | § | Wheeler County District Clerk , TX |
| | § | By: Sherri Jones |
| V. | § | OF |
| | § | |
| ALAN MICHAEL SEGURA, JR. | § | |
| AND | § | |
| JARED CLAY PATTERSON, | § | |
| | § | |
| *Defendants.* | § | WHEELER COUNTY, TEXAS |


<u>PLAINTIFF'S NOTICE FOR PRODUCTION OR INSPECTION</u>
<u>OF DOCUMENTS AND OTHER TANGIBLE THINGS</u>

To:   <u>Parkview Hospital</u>
      901 South Sweetwater
      Wheeler, Texas 79096


Under Rule 205.3 of the Texas Rule of Civil Procedure, you are notified that a Subpoena Duces Tecum will be issued no less than ten days from the date this notice is served. This Subpoena will require you to produce and permit inspection and copying of the following documents and tangible things:


1.    Any and all medical records and laboratory results regarding:

      Name:             Alan Michael Segura
      Date of Birth:    04/29/1997
      Date of Service:  July 29, 2016

RECEIVED

JUN 07 2017

---

Plaintiff's Notice for Production – Parkview Hospital
Calvin Luck v. Segura, et al                                    Page -1-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been delivered to the parties below via the method(s) indicated on this 7th day of June, 2017, addressed and delivered as follows:

Via ProDocs e-Filing (*LubbockSCEfile@geico.com*), (*ShaShaw@geico.com*) and/or Via First Class Mail:
Sharon Billingsley Shaw
Law Office of Sharon Billingsley Shaw
3223 South Loop 289, Suite 416
Lubbock, Texas 79423

Attorneys for Defendant Alan Michael Segura, Jr.

Via ProDocs e-Filing (*lschmidt@byrdfirm.com*) and/or Via First Class Mail:
J. Landon K. Schmidt
PETERSON, FARRIS, BYRD & PARKER
7816 Orlando Avenue
P. O. Box 65163
Lubbock, Texas 79464

Attorneys for Defendant Jared Clay Patterson

/s/ Samantha Peabody Estrello
Samantha Peabody Estrello

From:KILLION LAW FIRM          806+748+5506          09/07/2016 13:57          #417 P.002/007

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2016)**

Use only when applicable. This is page 1 of 6.

☐ FATAL  ☐ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ IMB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Injured 4   Total Killed 3   Crash ID 15252243.1 / 2016302371

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 140340, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields.
*These fields are required on all additional sheets submitted for this crash (ex: additional vehicles, occupants, injured, etc.).

Page 1 of 6

| Crash Date (MM/DD/YYYY) 07/29/2016 | Crash Time (24HR MM) 1 2 1 6 | Case 16-07-243A | Local Use |
| County Name Wheeler | City Name | | Outside City Limit ☐ |

Investigation of (☐ at the scene/☐ not at the scene) ☒ Yes ☐ No   Latitude (decimal degrees) 3 5 . 4 1 1 9 4   Longitude 1 0 0 . 1 2 5 4 4 7

**ROAD ON WHICH CRASH OCCURRED**

| 1 Rdwy. Sys. US | 2 Hwy. 83 | 3 Rdwy. Part 1 | Block Num. | 3 Street Prefix S | 3 Street Name | 3 Street Suffix HWY |
| Crash Occurred on a Private Drive or Roadway/in a parking lot/on a toll road? | ☐ Toll/road ☐ Toll lane | Speed Limit 75 | Const. Zone ☐ | Wrkrs ☐ Pres? | ☐ Yes ☒ No | Street Desc. |

**INTERSECTING ROAD, OR if CRASH IS AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

| At Inter- section? ☐ Yes ☒ No | 3 Rdwy. Sys. RR | 2 Hwy. Num. 16 | 3 Rdwy. Part | Block Num. | 3 Street Prefix W | 3 Street Name COUNTY ROAD 16 | 3 Street Suffix RD |
| Distance from Int. or Ref. Marker | ☐ Ft. ☐ Mi. | Dir. from Int. or Ref. Marker | Reference Marker | Street Desc. | RRX Num. |

| Veh. Num. 1 | Parked ☐ | Hit & Run ☐ | LP State TX | LP Num. 1FC506 | VIN 3 F E H F 3 6 F X V M A 1 4 5 3 2 |
| Veh. Year 1 9 9 7 | Veh. Color BLK | Veh. Make Ford | Veh. Model FLATBED | Veh. Class C | 10 CDL End. 96 | 10 CDL Rest A | DL/ID # (if any) | Proof of Fin. Resp. ☐ | Fin. Resp. Type | Fin. Resp. Name | Emergency Active ☐ / ☐ | Towed ☐ |
| DL/ID Type 1 | DL/ID State TX | DL/ID Num. 36373811 | | | | | |

Address/Local City, State, ZIP: 404 N MISSOURI, SHAMROCK, TX 79079

| Person Num. 1 | Unit Num. 1 | Posn. 1 | Name Last, First, Middle: SEGURA, ALAN MICHAEL | Injury Severity N | Age 19 | Eth W | Sex 1 | Rstr 1 | Airbag 99 | Helmet -1 | TAD 99 | EJct N | 20 Related 96 | 24 Drug Spec | 24 Drug Result 96 | 24 Alc Spec 97 | 24 Alc Result 97 |

Not applicable - Alcohol and drug results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address: SEGURA, ALAN MICHAEL, 404 N MISSOURI, SHAMROCK, TX 79079

Proof of Fin. Resp. ☐ Yes ☐ No   Fin. Resp. Type   Fin. Resp. Name   Fin. Resp. Phone Num.
27 Vehicle Damage Rating 1 | 1 | 2 | F | D | 2   27 Vehicle Damage Rating 2 | | | | |   Vehicle Inventoried ☐ Yes ☒ No

Towed By: 66 Towing   Towed To: 66 Towing, 1200 E. 12th St, Shamrock, TX 79079 806-256-1493

| Veh. Num. 2 | Parked ☐ | Hit & Run ☐ | LP State TX | LP Num. LS087 | VIN 3 G C P C S E 0 3 B G 3 0 1 5 5 8 |
| Veh. Year 2 0 1 1 | Veh. Color BLU | Veh. Make Chevrolet | Veh. Model Silverado | Veh. Class C | 10 CDL End. 96 | 10 CDL Rest 96 | Pd. Fire, EMS on scene ☐ / ☐ Emergency Active ☐ |
| DL/ID Type 1 | DL/ID State TX | DL/ID Num. 07253233 | | | | | |

Address/Local City, State, ZIP: 1200 SPUR 100, KERRVILLE, TX 78028

| Person Num. 1 | Unit Num. 1 | Posn. 1 | Name Last, First, Middle: LUCK, CALVIN DEAN | Injury Severity B | Age 60 | Eth W | Sex 1 | Rstr 1 | Airbag 2 | Helmet 99 | TAD N | EJct 96 | 20 Related | 24 Drug Spec 96 | 24 Drug Result 97 | 24 Alc Spec 97 |

Not applicable - Alcohol and drug results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address: LUCK, CALVIN DEAN, 1200 SPUR 100, KERRVILLE, TX 78028

Proof of Fin. Resp. ☐ Yes ☐ No   Fin. Resp. Type 2   Fin. Resp. Name TEXAS LIABILITY INSURANCE   Fin. Resp. Policy AGT-288-282630-40.65
27 Vehicle Damage Rating 1 | 1 | 2 | F | D | 2   27 Vehicle Damage Rating 2 | 1 | 6 | B | D | 2   Vehicle Inventoried ☐ Yes ☒ No

Towed By: Edwards Towing   Towed To: Edwards Towing, 16810 West Highway 40 Shamrock, TX 79079 806-266-3353


DEFENDANT'S EXHIBIT 3

From:KILLION LAW FIRM          806+748+5605          09/07/2016 13:58     #417 P.003/007

Law Enforcement and FatCAT Use ONLY.  Case No. 16-07-243A          Page 2 of 6

**DISPOSITION OF KILLED/INJURED**

| Unit Num. | Pers. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR/MIL) |
|---|---|---|---|---|---|
| 2 | 1 | PARKVIEW HOSPITAL, WHEELER, Texas | WHEELER EMS | | |

**CHARGES**

| Unit Num. | Pers. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| 1 | 1 | Fail to Control Speed | 25680 |
| 1 | 1 | Expired Registration | 25680 |
| 1 | 1 | Failed to Maintain Financial Responsibility | 25680 |

**DAMAGE**

Damaged Property Other Than Vehicles: NONE

**INVESTIGATOR**

Time Notified: 1 2 1 8   How Notified: DISPATCHER   Time Arrived: 1 2 2 0   Report Date: 07/29/2016
Investigator Name (Printed): Reeves, Tim
ORI Num: T X 2 4 2 0 0 0 0   Agency: WHEELER COUNTY SHERIFF'S OFFICE   ID Num: 008

Investigator's Narrative Opinion of What Happened: See Attached



COUNTY RD 15 / Flagman / HWY 83 SOUTH

From:KILLION LAW FIRM          806+748+6605          09/07/2016 13:59     #417 P.004/007

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2016)**

Mail to: Texas Department of Transportation Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844-274-7457

*These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.)

Page 3 of 6

Crash Date: 07/29/2016   Crash Time: 1216   Case: 16-07-243A

County Name: Wheeler

Latitude: 35.4119.4   Longitude: 100.26447

**ROAD ON WHICH CRASH OCCURRED**

Hwy US 83   Speed Limit 75

Street Name: COUNTY ROAD 16   RD

Unit 3   Unit Desc. 5   WHI   Chevrolet Silverado   VIN 3GCUKREC1FG132726

DL/ID TX 07805485   VIN FVL0879

1000 MOBEETIE, WHEELER, TX 79096

1 1 1   ALSTON, GARY HEFLIN   N 61 W 1 1 1 99 N 96   96 97 97

Owner: ALSTON, GARY HEFLIN, 1000 MOBEETIE, WHEELER, TX 79096

Fin Resp. Name: TEXAS FARM BUREAU   Fin. Resp. Num. 116009

(800) 772-6535   27 Vehicle Damage Rating 1: 6 B C 1

Unit 4   Unit Desc. 8   U N K   TX D2XR99   GOOSE NECK   HAULING COWS   FE

Fin. Resp. Name: TEXAS FARM BUREAU   Fin. Resp. Num. 116009

27 Vehicle Damage Rating 1: 6 D 1

From:KILLION LAW FIRM                806+748+5506              09/07/2016 14:00        #417 P.005/007

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/05010)

Date: 16-07-243A     Page 4 of 6

| | | | Taken To | | Taken By | | Date of Death (MM/DD/YY) | Time of Death (HH:MM) |
|---|---|---|---|---|---|---|---|---|

WHEELER COUNTY SHERIFF'S OFFICE

Time Notified (24HH:MM): 1 2 1 8    How Notified: DISPATCHER    Time Arrived (24HH:MM): 1 2 1 2 0    Report Date (MM/DD/YYYY): 07/29/2016

Arrest Conf: [X] Yes [ ] No    Investigator Name (Printed): Reeves, Tim    ID Num. 908

ORI Num. T X 2 4 2 0 0 0 0    Agency: WHEELER COUNTY SHERIFF'S OFFICE    Service Region On:

From:KILLION LAW FIRM          806-748-8806          09/07/2016 14:00     #417 P.006/007

## CRASH NARRATIVE

CASE NUMBER: 16-07-243A
CRASH DATE/TIME: 7/29/2016 12:1631 PM

OFFICER NAME: Rogers, Tim
COUNTY: Wheeler

NEAREST CITY:

ON THIS DATE I RESPONDED TO COUNTY RD 18 AND HWY 83 ON A THREE VEHICLE ACCIDENT. UPON ARRIVAL I SPOKE WITH THE DRIVER OF UNIT 1. THE DRIVER OF UNIT 1 STATED THAT IT WAS ALL HIS FAULT AND HE STATED THAT HE WASNT PAYING ATTENTION AND RAN INTO THE BACK OF THE VEHICLE. I ASKED HIM IF SOMETHING WENT WRONG AND HE STATED HE DIDNT KNOW IF HE FELL ASLEEP OR NOT. I THEN WENT AND OBSERVED THE DRIVER OF UNIT 2 AND NOTICED THAT HIS EYE WAS SWOLLEN AND PUFFED OUT OF HIS EYE SOCKET. THE DRIVER OF UNIT THREE WAS STANDING THERE AND STATED HE DIDNT SEE THE DRIVER OF UNIT 1 HIT THEM HE JUST FELT IT. THE DRIVER OF UNIT THREE WAS PULLING A GOOSE NECK TRAILER LOADED FULL OFF CATTLE. WHERE THIS ACCIDENT OCCURED WAS IN A CONSTRUCTION ZONE AND A FLAGMAN FOR THE CONSTRUCTION CREW HAD THE SOUTHBOUND TRAFFIC STOPPED WAITING ON THE PILOT CAR TO BRING THE NORTHBOUND TRAFFIC THREW. WHEELER EMS ARRIVED AND TOOK THE PASSENGER FROM UNIT 1 TO THE HOSPITAL AND THE DRIVER OF UNIT 2 ALSO. THE DRIVER OF UNIT 1 AND UNIT 3 DID NOT HAVE ANY INJURIES. THE INJURIES TO THE DRIVER OF UNIT 2 ARE NON LIFE THREATENING OR TO THE PASSENGER OF UNIT 1. UNIT 1 AND 2 WHERE BOTH TOWED BY 66 TOWING AND EDWARDS TOWING. THE DRIVER OF UNIT THREE HAD HELP PULLING HIS TRUCK AND TRAILER OFF SCENE. THE DAMAGE TO UNIT WAS HAD SEVERE DAMAGE TO THE FRONT END AND WAS NOT DRIVEABLE. UNIT 2 ALSO HAD SEVERE DAMAGE TO THE BACK END AND TO THE FRONT END AND WAS NOT DRIVEABLE. THE DAMAGE TO UNIT 3 WAS TO THE GOOSE NECK TRAILER DOOR HAD BEEN PUSHED IN AND THE TRAILER HITCH IN THE BACK END OF UNIT 3 WAS BENT IN THE BED OF THE PICKUP. UNIT 1 WAS ISSUED THREE CITATIONS FOR FAIL TO CONTROL SPEED, NO INSURANCE AND EXPIRED REGISTRATION.

CRASH DIAGRAM

CASE NUMBER: 16-07-243A          OFFICER NAME: Reaves, Tim
CRASH DATE/TIME: 7/29/2016 12:16:31 PM          COUNTY: Wheeler          NEAREST CITY:



Page 6 of 6

CAUSE NO. 13412

| | | |
|---|---|---|
| CALVIN DEAN LUCK, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | 31ST JUDICIAL DISTRICT |
| ALAN MICHAEL SEGURA, JR., | § | |
| JARED CLAY PATTERSON, AND | § | |
| GILBERT SEGURA, | § | |
| | § | |
| Defendants. | § | WHEELER COUNTY, TEXAS |

## DEFENDANT ALAN MICHAEL SEGURA, JR.'S ANSWERS TO PLAINTIFF'S FIRST INTERROGATORIES

TO:   Plaintiff CALVIN DEAN LUCK, by and through Plaintiff's attorney of record, Samantha Peabody Estrello, Killion Law Firm, P.O. Box 64670, Lubbock, TX 79464.

Pursuant to the Texas Rules of Civil Procedure, Defendant makes the following Answers to Plaintiff's First Interrogatories.

Respectfully Submitted,

*/s/Sharon Billingsley Shaw*

SHARON BILLINGSLEY SHAW
State Bar #24034253
LAW OFFICE OF SHARON BILLINGSLEY SHAW
3223 South Loop 289, Suite 145
Lubbock, TX 79423
Tel: 806-796-3434
Fax: 806-796-3449
Email: LubbockSCEfile@geico.com
ATTORNEY FOR DEFENDANT
ALAN MICHAEL SEGURA, JR.



## CERTIFICATE OF SERVICE

On the 16th day of January, 2017, a true and correct copy of this document was served in accordance with Texas Rules of Civil Procedure to Samantha Peabody Estrello, Killion Law Firm, P.O. Box 64670, Lubbock, TX 79464; J. Landon Schmidt, Peterson, Farris, Byrd & Parker, P.O. Box 65163, Lubbock, TX 79464.

*/s/Sharon Billingsley Shaw*

SHARON BILLINGSLEY SHAW

limited to a portable music player, pager, electronic organizer, or portable web browser? If yes, please state the item and nature of its use. If it was a cell phone, please provide the cellular provider and cell number.

**ANSWER: No.**

**INTERROGATORY NO. 14:** If, within twenty-four (24) hours preceding the incident in question, you consumed any alcoholic beverages or any prescription or non-prescription medication or any illegal drugs of any kind, please list the type of alcohol and/or drug consumed and the amounts consumed.

**ANSWER: No.**

**INTERROGATORY NO. 15:** With reference to the occurrence made the basis of this lawsuit, state your intended destination at the time of the incident, when and where your trip started, and your activity prior to the beginning the trip which ultimately resulted in the incident made the basis of this lawsuit.

**ANSWER: Defendant was traveling to Shamrock, Texas from Canadian, Texas.**

STATE OF TEXAS        §

COUNTY OF _Wheeler_    §

        §

     BEFORE ME, the undersigned authority, on this day personally appeared ALAN

MICHAEL SEGURA, JR., who being by me duly sworn on her oath, deposed and said that

she has read the above and foregoing discovery documents and answered them, that she has

personal knowledge of matters stated therein, and that the answers are true and correct.

                                     _____
                                     ALAN MICHAEL SEGURA, JR.

     SUBSCRIBED AND SWORN TO before me, the undersigned authority, on this the _20_

day of ____Dec.____, 2016.

SHERAN KEELIN
Notary Public, State of Texas
My Commission Expires
June 12, 2017

_____
Notary Public in and for The State of Texas
Printed Name: _Sheran Keelin_

Commission Expires: _June 12, 2017_